# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON MONROE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-1461-JAR |
| | ) | |
| HERBERT L. BERNSEN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner submitted a letter to the Court requesting relief from his state court criminal prosecution. In the interests of justice, the Clerk provisionally docketed the letter as a petition for writ of habeas corpus under 28 U.S.C. § 2241.

Before the Court will *sua sponte* characterize the instant filing as a § 2241 motion, petitioner will be given the opportunity to either consent to the classification or withdraw the filing. If petitioner consents to the characterization of the instant filing as a § 2241 motion, he must file an amended § 2241 motion on the Court-provided form within thirty (30) days of the date of this Order. Petitioner must also either pay the $5 filing fee or submit a motion to proceed in forma pauperis, along with a prison account statement. See 28 U.S.C. § 1915(a).

If petitioner opposes the characterization, or if petitioner fails to respond to this Order, then the Court will dismiss the action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that if petitioner consents to the characterization of the instant lawsuit as one brought pursuant to 28 U.S.C. § 2241, then he must file an amended § 2241 petition on the Court-provided form within thirty (30) days of the date of this Order. Also within thirty (30) days of the date of this Order, petitioner must pay the $5 filing fee or submit a motion to proceed in forma pauperis, along with a prison account statement.

**IT IS FURTHER ORDERED** that if petitioner does not consent to the characterization of the instant filing as a § 2241 motion, or if petitioner fails to timely respond to this Order, then the Court will dismiss the action without prejudice and without characterizing the filing as a § 2241 motion.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form petition for filing a writ of habeas corpus under 28 U.S.C. § 2241, as well as a copy of the Court's form Motion to Proceed In Forma Pauperis - Prisoner Cases.

Dated this 26th day of August, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**